IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE A. RAMIREZ, | 1:06-CV-00740-AWI-SMS-P |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| DR. PHAM, et al., et al., | **OR** PAY BALANCE OF FILING FEE |
| Defendants.    / | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 21, 2006, plaintiff submitted a $150.00 partial filing fee regarding his complaint filed on June 13, 2006. Pursuant to 28 U.S.C. § 1915(b) (1), plaintiff is required to pay the statutory filing fee of $350.00 for this action.[1] Plaintiff is required to pay the balance of $200.00 for the filing fee, or submit an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

///

---

[1] Effective April 9, 2006, the statutory filing fee for all civil actions except applications for writs of habeas corpus is 350.00. 28 U.S.C. § 1914(a).

       2.  Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the balance of $200.00, for a total of $350.00, filing fee for this action.   Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:**   **June 28, 2006**                             /s/ Sandra M. Snyder
i0d3h8                                                                UNITED STATES MAGISTRATE JUDGE