# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE A. RAMIREZ,<br><br>             Plaintiff,<br><br>    v.<br><br>DR. PHAM, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:06-CV-00740-AWI-SMS P<br><br>SECOND ORDER REQUIRING PLAINTIFF TO EITHER PAY $200.00 FILING FEE BALANCE IN FULL OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 3)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF A REGULAR CIVIL IFP APPLICATION AND AN IFP APPLICATION FOR PRISONERS |

      Plaintiff George A. Ramirez ("plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The filing fee for this action is $350.00. 28 U.S.C. § 1914. On June 21, 2006, the court received a partial filing fee payment of $150.00. On June 28, 2006, the court ordered plaintiff to either pay the $200.00 filing fee balance in full or file an application to proceed in forma pauperis. Plaintiff did not comply with or otherwise respond to the court's order. Plaintiff will be given one final chance to comply with the order.

      It appears that plaintiff may have been released from custody. The Clerk's Office shall send plaintiff a regular civil application to proceed in forma pauperis and an application to proceed in forma pauperis by a prisoner. If plaintiff is out of custody, he shall use the regular application and if plaintiff is in custody, he shall use the application by a prisoner.

///

///

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff a regular civil application to proceed in forma pauperis and an application to proceed in forma pauperis by a prisoner;

2. Within **thirty (30) days** from the date of service of this order, plaintiff shall either submit the $200.00 filing fee in full or file an application to proceed in forma pauperis; and

3. <u>If plaintiff fails to comply with this order, this action will be dismissed, without prejudice</u>.

IT IS SO ORDERED.

**Dated:    November 13, 2006**              /s/ Sandra M. Snyder
i0d3h8                                        UNITED STATES MAGISTRATE JUDGE